**ORDERED.**

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-02729

Dated: February 23, 2011

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ramon T. Orozco and Sylvia M. Orozco<br>    Debtors.<br>_____<br>JPMorgan Chase Bank, N. A., successor by merger to Bank One N.A.<br>    Movant,<br>  vs.<br><br>Ramon T. Orozco and Sylvia M. Orozco, Debtors, Gayle E. Mills, Trustee.<br><br>    Respondents. | No. 4:11-BK-01561-EWH<br><br>Chapter<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> A parcel of land located in the North half of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter of Section 17 Township 17 South Range 14 East, Gila and Salt River Base and Meridian, Pima County, Arizona, more particularly described as follows:

BEGINNING at the North Quarter Section corner of said Section 17;

THENCE South 0 Degrees 56 Feet East a distance of 662.2 feet to a point, said point begin the TRUE POINT OF BEGINNING;

THENCE North 89 Degrees 32 feet East a distance of 128.5 feet to a point;

THENCE South 0 Degrees 56 feet East a distance of 221.0 feet to a point;

THENCE North 89 degrees 32 feet East a distance of 7.5 feet to a point;

THENCE South 0 Degrees 56 feet East a distance of 110.56 feet to a point;

THENCE South 89 Degrees 31 feet west a distance of 136.0 feet to a point

THENCE North 0 Degrees 56 feet west a distance of 331.6 feet to a point, said being the TRUE POINT OF BEGINNING along with a 25.0 foot engress and egress described as the North 25.0 feet of the North half of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter of Section 17;

EXCEPT the East 30.0 foot (road) also, along with a 3.0 foot well easement described as follows;

BEGINNING at the North Quarter corner of said Section 17;

THENCE South 0 Degrees 56 feet a distance of 994.8 feet to a point;

THENCE north 89 degrees 31 feet East a distance of 136.0 feet to a point;

THENCE South 0 degrees 56 feet West a distance of 109.06 feet to a point said being the centerline of said 3.0 foot easement and the POINT OF BEGINNING;

THENCE Easterly a distance of 70 feet, more or less to a point of termites at the center of a 12 foot well site.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.